UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Eric Michael Sorenson,

          Plaintiff,

vs.                                    ORDER ADOPTING THE
                                        REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

          Defendants.         Civ. No. 13-3104 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That Defendants' Motion to Dismiss, [Docket No. 20], is **DENIED as moot and without prejudice**.

2. That Plaintiff's Motion to Consider the Defendants' Current Motion to Dismiss Moot or Denied, [Docket No. 48], is **DENIED AS MOOT**.

                                                          s/Ann D. Montgomery

                                                          Ann D. Montgomery, Judge
DATED: May 15, 2014                         United States District Court
At Minneapolis, Minnesota